IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUBEN HERNANDEZ,

        Plaintiff,                  No. CIV S-07-2727 LKK EFB P

      vs.

JAMES YATES, Warden, et al.,

        Defendants.         ORDER

_____/

      Plaintiff, a state prisoner without counsel, has filed a civil rights action. *See* 42 U.S.C. § 1983. He alleges a violation of his civil rights in Fresno County, California. Fresno County is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 3-120(b).

      Accordingly, it is hereby orderd that:

      1. This action is transferred to the district court sitting in Fresno.

      2. The Clerk of Court shall assign a new case number.

////

////

////

////

1

3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

DATED: January 30, 2008.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2