# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN HERNANDEZ, | CASE NO. 1:08-cv-00153-OWW-SKO PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO PROVIDE FURTHER IDENTIFYING INFORMATION FOR DEFENDANT BOND |
| v. | |
| JAMES YATES, et al., | (Docs. 17 and 20) |
| Defendants. | THIRTY-DAY DEADLINE |

Plaintiff Ruben Hernandez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 18, 2007. On February 10, 2011, the United States Marshal was directed to initiate service of process. The service packet for Defendant Bond was returned un-executed on March 31, 2011, because the facility was unable to identify an employee by that name.

Plaintiff identified Defendant Bond as the Chief Medical Officer, a position which should make Bond readily available if Plaintiff provided an accurate last name and title. Plaintiff shall provide further identifying information regarding Defendant Bond, preferably in the form of a prison record bearing Defendant's name, if possible. If Plaintiff has no further information to provide, he shall notify the Court whether or not he is certain that Defendant's last name is correctly spelled and that Defendant held the position of Chief Medical Officer at Pleasant Valley State Prison. The Court will take further action regarding service on Defendant Bond once it is in receipt of Plaintiff's response.

///

Accordingly, it is HEREBY ORDERED that within **thirty (30) days** from the date of service of this order, Plaintiff shall:

1. Provide further identifying information for Defendant Bond, preferably in the form of a prison record, if available; or
2. If no further information is available, notify the Court whether or not he is certain of Defendant's last name and position.

IT IS SO ORDERED.

**Dated:    August 29, 2011**                      /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE