1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   RUBEN HERNANDEZ,                         CASE NO. 1:08-cv-00153-AWI-SKO PC

10              Plaintiff,                   ORDER REQUIRING PLAINTIFF TO FILE
                                            OPPOSITION OR STATEMENT OF NON-
11       v.                                 OPPOSITION TO DEFENDANT'S MOTION
                                            TO COMPEL AND FOR SANCTIONS
12  JAMES YATES, et al.,
                                            (Doc. 35)
13              Defendants.
                                            ORDER REQUIRING PLAINTIFF TO SHOW
14                                          CAUSE WHY SANCTIONS SHOULD NOT BE
                                            IMPOSED FOR FAILURE TO COMPLY WITH
15                                          A COURT ORDER

16                                          (Doc. 28)

17                                          THIRTY-DAY DEADLINE
    _____/
18

19        Plaintiff Ruben Hernandez, a state prisoner proceeding pro se and in forma pauperis, filed

20  this civil rights action pursuant to 42 U.S.C. § 1983 on December 18, 2007.  This action is

21  proceeding against Defendants Rutan, Rutan-Juliana, Phi, Bond, and O'Brian on Plaintiff's Eighth

22  Amendment medical care claims.  On November 15, 2011, Defendant O'Brian filed a motion to

23  compel and for sanctions.  Pursuant to Local Rule 230(l), Plaintiff is required to file an opposition

24  or statement of non-opposition.  Plaintiff is ordered to file his response within thirty days from the

25  date of service of this order and he is warned that the failure to do so will result in dismissal of this

26  action for failure to prosecute.

27        In addition, on August 30, 2011, the Court ordered Plaintiff to either (1) provide further

28  identifying information for Defendant Bond, preferably in the form of a prison record, if available;

1

1    or (2) if no further information is available, notify the Court whether or not he is certain of

2    Defendant's last name and position.  The thirty-day deadline passed and Plaintiff did not comply

3    with or otherwise respond to the order.[1]  Therefore, Plaintiff shall show cause within thirty days why

4    sanctions should not be imposed against him for failing to obey a court order.  The failure to respond

5    will result in the imposition of sanctions deemed appropriate by the Court.

6            Accordingly, it is HEREBY ORDERED that:

7        1.      Within **thirty (30) days** from the date of service of this order, Plaintiff shall file an

8                opposition or a statement of non-opposition to Defendant O'Brian's motion to

9                compel and for sanctions;

10       2.      Within **thirty (30) days** from the date of service of this order, Plaintiff shall show

11               cause why sanctions should not be imposed against him for failing to obey a court

12               order; and

13       3.      **The failure to comply with this order will result in dismissal of this action for**

14               **failure to prosecute.**

15

16   IT IS SO ORDERED.

17   **Dated:     December 1, 2011**                          **/s/ Sheila K. Oberto**
                                                     UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26
_____

27   [1] In her motion to compel and for sanctions, Defendant O'Brian states that Plaintiff was released from
     prison.  However, Plaintiff has not updated his address with the court and service of process at Pleasant Valley State
     Prison is therefore deemed effective.  Local Rule 182(f).
28