# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN HERNANDEZ, | CASE NO. 1:08-cv-00153-AWI-SKO PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS |
| v. | |
| JAMES YATES, et al., | (Doc. 35) |
| Defendants. | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH A COURT ORDER |
| | (Doc. 28) |
| | THIRTY-DAY DEADLINE |

Plaintiff Ruben Hernandez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 18, 2007. This action is proceeding against Defendants Rutan, Rutan-Juliana, Phi, Bond, and O'Brian on Plaintiff's Eighth Amendment medical care claims. On November 15, 2011, Defendant O'Brian filed a motion to compel and for sanctions. Pursuant to Local Rule 230(l), Plaintiff is required to file an opposition or statement of non-opposition. Plaintiff is ordered to file his response within thirty days from the date of service of this order and he is warned that the failure to do so will result in dismissal of this action for failure to prosecute.

In addition, on August 30, 2011, the Court ordered Plaintiff to either (1) provide further identifying information for Defendant Bond, preferably in the form of a prison record, if available;

1 or (2) if no further information is available, notify the Court whether or not he is certain of
2 Defendant's last name and position.  The thirty-day deadline passed and Plaintiff did not comply
3 with or otherwise respond to the order.[1]  Therefore, Plaintiff shall show cause within thirty days why
4 sanctions should not be imposed against him for failing to obey a court order.  The failure to respond
5 will result in the imposition of sanctions deemed appropriate by the Court.

6   Accordingly, it is HEREBY ORDERED that:

7   1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file an
8 opposition or a statement of non-opposition to Defendant O'Brian's motion to
9 compel and for sanctions;

10   2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall show
11 cause why sanctions should not be imposed against him for failing to obey a court
12 order; and

13   3. **The failure to comply with this order will result in dismissal of this action for**
14 **failure to prosecute.**

16 IT IS SO ORDERED.

17 **Dated:**     **December 1, 2011**                    /s/ Sheila K. Oberto
                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] In her motion to compel and for sanctions, Defendant O'Brian states that Plaintiff was released from prison.  However, Plaintiff has not updated his address with the court and service of process at Pleasant Valley State Prison is therefore deemed effective.  Local Rule 182(f).