# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN HERNANDEZ, | CASE NO. 1:08-cv-00153-AWI-SKO PC |
| Plaintiff, | ORDER GRANTING DEFENDANT O'BRIAN'S MOTION TO COMPEL PLAINTIFF'S DEPOSITION AND FOR SANCTIONS, REQUIRING PLAINTIFF TO PAY $150.00 WITHIN THIRTY DAYS, AND REQUIRING PLAINTIFF TO SHOW CAUSE WITHIN FIFTEEN DAYS WHY ATTORNEY'S FEES SHOULD NOT BE ASSESSED AGAINST HIM |
| v. | |
| JAMES YATES, et al., | |
| Defendants. | |
| | (Doc. 35) |
| _____/ | |

Plaintiff Ruben Hernandez, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 18, 2007. This action is proceeding on Plaintiff's second amended complaint against Defendants Rutan, Rutan-Juliana, Phi, Bond, and O'Brian on Plaintiff's Eighth Amendment medical care claim. Defendants O'Brian and Phi have answered the second amended complaint and there is a scheduling order in place.

On November 15, 2011, Defendant O'Brien (Defendant) filed a motion seeking an order compelling Plaintiff's deposition and for sanctions. Fed. R. Civ. P. 37(d). Plaintiff did not file a response to the motion and he did not comply with the Court's order filed on December 1, 2011, in which he was directed to file a response within thirty days. Local Rule 230(l).

Plaintiff was required to attend his properly noticed deposition, Fed. R. Civ. P. 30, and his failure to attend his deposition subjects him to sanctions, including reasonable expenses caused by

///

1   his failure to appear "unless the failure to appear was substantially justified or other circumstances

2   make an award of expenses unjust," Fed. R. Civ. P. 37(d)(3).

3          Plaintiff's first deposition was properly noticed and it commenced at Pleasant Valley State

4   Prison on August 16, 2011. (Doc. 35, Motion, Ex. A.)  Due to Plaintiff's impending parole from

5   prison, he had sent his legal property home, and the parties agreed to continue the deposition until

6   after Plaintiff's parole.  (Id., Ex. B.)  Defendant subsequently properly noticed Plaintiff's second

7   deposition for November 9, 2011, and served the notice on Plaintiff at Pleasant Valley State Prison

8   and at the residential address Plaintiff provided during the first deposition, at which represented he

9   would be living.[1]  (Id., Ex. C.)  Plaintiff failed to appear at his second deposition and he failed to

10  contact Defendant's counsel regarding the deposition.  (Id., Ex. D.)  Defendant now seeks an order

11  compelling Plaintiff's deposition and for sanctions in the amount of  $150.00 for the court reporter

12  and $637.50 in attorney's fees, totaling $787.50.

13         As Plaintiff failed to respond to Defendant's motion and failed to respond to the Court's

14  order requiring him to respond, no showing of substantial justification or other circumstance which

15  would avert the imposition of sanctions has been made.  Fed. R. Civ. P. 37(d)(3).  Defendant is

16  entitled to an order compelling Plaintiff's deposition and to the costs incurred by Plaintiff's failure

17  to attend his deposition, which is the $150.00 court reporter fee.  Id.  As the prevailing party on his

18  motion to compel, Defendant is also entitled to the reasonable expenses incurred in preparing the

19  motion. Fed. R. Civ. P. 37(a)(5).  However, Plaintiff must be given notice and an opportunity to be

20  heard on that issue.  Id.

21         Accordingly, it is HEREBY ORDERED that:

22         1.     Defendant's motion to compel and for sanctions, filed on November 15, 2011, is

23                GRANTED;

24  ///

25  ///

26  ///

27  _____

28          [1] Plaintiff has not filed a notice of change of address and his address of record remains Pleasant Valley State
Prison.  Local Rule 182(f).

2.      Plaintiff is required to attend his deposition, should Defendant elect to re-notice the deposition, and the failure to do so will result in the imposition of additional sanctions;[2]

3.      Within **thirty (30) days** from the date of service of this order, Plaintiff is required to pay Defendant sanctions in the amount of $150.00, payable to the Office of the Attorney General of California and directed to counsel's address of record; and

4.      Within **fifteen (15) days** from the date of service of this order, Plaintiff shall show cause why attorney's fees in the amount of $637.50 should not be assessed against him.

IT IS SO ORDERED.

**Dated:      February 6, 2012**                          /s/ Sheila K. Oberto
                                                    UNITED STATES MAGISTRATE JUDGE

---

[2] In a findings and recommendations issued concurrently with this order, the Court recommended dismissal of this action, with prejudice, for failure to prosecute.