# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN HERNANDEZ, | CASE NO. 1:08-cv-00153-AWI-SKO PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO PAY DEFENDANT'S EXPENSES IN THE AMOUNT OF $637.50, PAYABLE TO THE ATTORNEY GENERAL'S OFFICE WITHIN THIRTY DAYS |
| v. | |
| JAMES YATES, et al., | |
| Defendants. | (Doc. 40) |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Ruben Hernandez, a state prisoner proceeding pro se and in forma pauperis. On February 7, 2012, the Court granted Defendant O'Brien's motion to compel and for sanctions. Pursuant to that order, Plaintiff had fifteen days within which to show cause why the fees incurred by Defendant in bringing the motion should not be assessed against him. Fed. R. Civ. P. 37(a)(5). More than fifteen days have passed and Plaintiff has not complied with or otherwise responded to the order.

Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff is required to pay Defendant's incurred expenses in the amount of $637.50, payable to the Office of the Attorney General of California and directed to counsel's address of record. Id.

IT IS SO ORDERED.

**Dated:   March 11, 2012**                     /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE