1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8  RUBEN HERNANDEZ,                           CASE NO. 1:08-cv-00153-AWI-SKO PC

9               Plaintiff,                    ORDER REQUIRING PLAINTIFF TO PAY
                                             DEFENDANT'S EXPENSES IN THE
10 v.                                         AMOUNT OF $637.50, PAYABLE TO THE
                                             ATTORNEY GENERAL'S OFFICE WITHIN
11 JAMES YATES, et al.,                       THIRTY DAYS

12               Defendants.                  (Doc. 40)
                                       /
13

14         This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Ruben Hernandez,

15 a state prisoner proceeding pro se and in forma pauperis.  On February 7, 2012, the Court granted

16 Defendant O'Brien's motion to compel and for sanctions.  Pursuant to that order, Plaintiff had fifteen

17 days within which to show cause why the fees incurred by Defendant in bringing the motion should

18 not be assessed against him. Fed. R. Civ. P. 37(a)(5).  More than fifteen days have passed and

19 Plaintiff has not complied with or otherwise responded to the order.

20         Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff is

21 required to pay Defendant's incurred expenses in the amount of $637.50, payable to the Office of

22 the Attorney General of California and directed to counsel's address of record.  Id.

23

24 IT IS SO ORDERED.

25 **Dated:    March 11, 2012                    /s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE
26

27

28